■ THOMAS BURHYTE et al., Appellants, v CINDA M. HOUGHTALING, Respondent. — Appeal from an order of the Supreme Court at Special Term (Kuhnen, J.), entered August 22, 1983 in Chemung County, which granted defendant's

motion for summary judgment dismissing the complaint. ¶ Order affirmed, with costs, upon the opinion of Justice Richard F. Kuhnen at Special Term. Casey, J. P., Weiss, Yesawich, Jr., Levine and Harvey, JJ., concur.